UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Katharine S. Hayden |
| | : | |
| v. | : | Crim. No. 09-43 (KSH) |
| | : | |
| JOSE CANTERO | : | ORDER SETTING CONDITIONS |
| | : | OF RELEASE |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Danielle M. Corcione, Assistant U.S. Attorney, appearing), and defendant JOSE CANTERO (Patrick McMahon, Esq., appearing) for an order setting the conditions of release; and for good and sufficient cause shown,

It is on this 27th day of August 2012,

ORDERED that the conditions for release are:

(1) the defendant JOSE CANTERO will be released into New York State custody to address the charges pending against him for violating the terms of his New York State parole; and

(2) upon termination of the New York State sentence imposed on defendant JOSE CANTERO, he will be transferred into the custody of the U.S. Marshals in the District of New Jersey. Once in U.S. Marshal custody defendant JOSE CANTERO will appear for sentencing on his violation of supervised release in the District of New Jersey.

.

/s/ Katharine S. Hayden
KATHARINE S. HAYDEN
United States District Judge